**MEMO ENDORSED**

SA^/S/

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-22-11
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIACOM INTERNATIONAL INC., MTV NETWORKS, a division of Viacom International Inc., COMEDY PARTNERS, BET HOLDINGS LLC, and COUNTRY MUSIC TELEVISION, INC, <br><br>    Plaintiffs and Counterclaim-Defendants, <br><br>v. <br><br>TIME WARNER CABLE INC., TIME WARNER ENTERTAINMENT COMPANY L.P., AND TIME WARNER CABLE LLC, <br><br>    Defendants and Counterclaim-Plaintiffs. | Civil Action No. 11 CV 2387 (LBS) <br><br> **STIPULATION AND ORDER STAYING PROCEEDINGS** |

    WHEREAS, in an attempt to resolve this and other litigation and potential litigation, the parties have entered into a Standstill Agreement; and

    WHEREAS the Standstill Agreement is effective as of June 17, 2011 and subject to termination by either party on five (5) days notice;

    It is hereby STIPULATED AND AGREED by and between the undersigned counsel for the parties that:

    1.    All proceedings in this matter are stayed and all deadlines, including deadlines arising under the Federal Rules of Civil Procedure, are tolled, effective as of June 17, 2011 and until the Standstill Agreement is terminated; and

**MEMO ENDORSED**

2. Upon termination of the Standstill Agreement, the terminating party(/ies) shall notify the Court that the Standstill Agreement has been terminated.

Dated: June 21, 2011

ARNOLD & PORTER LLP

By: /s/ Peter L. Zimroth
Peter L. Zimroth
peter.zimroth@aporter.com
Michael D. Schissel
michael.schissel@aporter.com
Lucy S. McMillan
lucy.mcmillan@aporter.com
399 Park Avenue
New York, NY 10022
Tel: (212) 715-1000
Fax: (212) 715-1390

*Counsel for Plaintiffs Viacom International Inc., MTV Networks, a division of Viacom International Inc., Comedy Partners, BET Holdings LLC, and Country Music Television, Inc.*

CAHILL GORDON & REINDEL LLP

By: /s/ Jonathan D. Thier
Jonathan D. Thier
(jthier@cahill.com)
Brian T. Markley
(bmarkley@cahill.com)
Kayvan B. Sadeghi
(ksadeghi@cahill.com)
80 Pine Street
New York, NY 10005
Tel: (212) 701-3000
Fax: (212) 269-5420

*Counsel for Defendants Time Warner Cable Inc., Time Warner Entertainment Company L.P., and Time Warner Cable LLC*

_____
United States District Judge
6/21/11

-2-

**MEMO ENDORSED**

Endorsement

The case is hereby transferred to the suspense calendar and will be returned to the active calendar if and when the Standstill Agreement is terminated. So ordered. /s/ LBS 6/21/11